543

(No. 75-CC-1056— )

GEORGE E. INSLEE, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed April 28, 1975.*

GEORGE E. INSLEE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-1057— )

KEVIN B. HARVEY, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed April 28, 1975.*

KEVIN B. HARVEY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.